1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNSON HERBERT,                          1:16-cv-01515 SAB (PC)

12                Plaintiff,

13         v.                                   ORDER TRANSFERRING CASE TO THE
                                                SACRAMENTO DIVISION OF THE
14    ROBERT W. FOX,                            EASTERN DISTRICT OF CALIFORNIA

15                Defendant.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.

19         In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

20    violations took place in Solano County, which is part of the Sacramento Division of the United

21    States District Court for the Eastern District of California. Therefore, the complaint should have

22    been filed in the Sacramento Division.

23         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

24    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

25    will be transferred to the Sacramento Division.

26         Good cause appearing, IT IS HEREBY ORDERED that:

27         1.  This action is transferred to the United States District Court for the Eastern District of

28    California sitting in Sacramento; and

                                                1

1      2.  All future filings shall refer to the new Sacramento case number assigned and shall be

2   filed at:

3                          United States District Court
                           Eastern District of California
4                          501 "I" Street, Suite 4-200
                           Sacramento, CA 95814
5

6

7
    IT IS SO ORDERED.
8
    Dated:    **October 18, 2016**                    _____
9                                                     UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28